IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SEPTEMBER LEE FULLER, § | |
|    PLAINTIFF, § | |
| § | |
| V. § | CASE NO. 3:16-CV-2958-BK |
| § | |
| WERNER ENTERPRISES, INC., § | |
| GREGORY GEORGE HITTNER, § | |
|    DEFENDANTS. § | |

## FINAL JUDGMENT

Pursuant to the jury verdict of December 12, 2018, Doc. 148, the Court enters final judgment as follows:

1. Plaintiff takes nothing from her claim against Defendants Gregory George Hittner and Werner Enterprises, Inc.; and

2. All costs are assessed against Plaintiff.

The Clerk of the Court shall transmit a true copy of this judgment to counsel for the parties.

**SO ORDERED** on December 13, 2018.

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE