WER.6526/MPS-DMK, mpb

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SEPTEMBER FULLER | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | CIVIL ACTION NO. 3:16-cv-2958-l |
| WERNER ENTERPRISES, INC., | § | |
| GREGORY GEORGE HITTNER, | § | |
| MARK R. STUBBS and | § | |
| CONTINENTAL EXPRESS, INC. | § | |

### DEFENDANTS WERNER ENTERPRISES, INC. AND GREGORY GEORGE HITTNER'S NOTICE OF DISMISSAL AS TO ALL COSTS AWARDED

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW WERNER ENTERPRISES, INC. and GREGORY GEORGE HITTNER, Defendants in the above entitled and numbered cause, and file this, their Notice of Dismissal as to All Costs Awarded.

Defendants hereby give notice to this honorable Court that the Parties have settled all issues in controversy and the Defendants now wish to withdraw and dismiss all rights to collect and recover costs awarded to them as contained within docket No. 158 that were taxed against the Plaintiff.

For the foregoing reason state above, Defendants respectfully give notice that all costs awarded to Defendants in this cause number are withdrawn and dismissed.

Respectfully submitted,

*/s/ Daniel M. Karp*

**MICHAEL P. SHARP**
SBN:  00788857
msharp@feesmith.com
**DANIEL M. KARP**
SBN:  24012937
dkarp@feesmith.com
**JENNIFER MAUER LEE**
SBN: 24049084
jlee@feesmith.com
**FEE, SMITH, SHARP & VITULLO, L.L.P**
Three Galleria Tower
13155 Noel Rd., Suite 1000
Dallas, TX 75240
(972) 934-9100
(972) 934-9200 - Fax

**ATTORNEYS FOR DEFENDANTS
WERNER ENTERPRISES, INC. and
GREGORY GEORGE HITTNER**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2019, the foregoing was filed with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

| | |
|---|---|
| *Via email:  gwade@dzwlaw.com*<br>*Via email:  leda@dzwlaw.com*<br>Guy I. Wade Lawhorn, III<br>Leda Juengerman<br>Derryberry Zips Wade Lawhorn, PLLC<br>1910 Pacific Ave., Suite 8055<br>Dallas, TX  75201 | *Via email:  czips@dzwlaw.com*<br>Craig D. Zips<br>Derryberry Zips Wade Lawhorn, PLLC<br>100 E. Ferguson St., Suite 121<br>Tyler, TX  757002 |

*/s/ Daniel M. Karp*
**DANIEL M. KARP**

---

**DEFENDANTS WERNER ENTERPRISES, INC. AND GREGORY GEORGE HITTNER'S NOTICE OF
DISMISSAL AS TO ALL COSTS AWARDED**                                                                            P a g e | **2**